IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ADAM OLSON and JENNIFER OLSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LIBERTY, DIANE VENENGA, individually, CHRISTOPHER SHINE, individually, and TYSON LANDSGARD, individually<br><br>Defendants. | No. 3:18-CV-00102- RP-HCA<br><br>**PLAINTIFFS' MOTION IN LIMINE** |

COMES NOW, the plaintiffs, by and through the undersigned, and submits the following motions in limine.

1. For the reasons forth more fully in the brief accompanying this motion, plaintiffs move the Court to enter an order precluding the defendants from offering any evidence, argument, or testimony regarding the following:

    a. **Testimony or argument that plaintiff Adam Olson's prescription medication is evidence in support of defendants' affirmative defense of truth**. Plaintiffs' anticipate that defendants may argue or elicit testimony that plaintiff Adam Olson's prescription medication is for persons who are "out of touch with reality" or have "lost it," and in doing so attempt to persuade the jury that their statements were true. This is unduly prejudicial and misleads the jury in violation of FRE 403. Such testimony or argument would also require expert opinion, and the

1

defendants have no such expert. The testimony or argument would therefore violate FRE 701, 702.

b. **Testimony or argument that plaintiff Adam Olson's PTSD diagnosis is evidence in support of defendants' affirmative defense of truth**. Plaintiffs' anticipate that defendants may argue or elicit testimony that plaintiff Adam Olson's PTSD is evidence that he has "lost it" or is "out of touch with reality," and in doing so attempt to persuade the jury that their statements were true. This is unduly prejudicial and misleads the jury in violation of FRE 403. Such testimony or argument would also require expert opinion, and the defendants have no such expert. The testimony or argument would therefore violate FRE 701, 702.

Respectfully submitted,

*\s\ Ben Arato*
Steven Wandro                AT0008177
Ben Arato                    AT00010863
WANDRO AND ASSOCIATES, P.C.
2501 Grand Avenue B
Des Moines, Iowa 50312
Telephone:   515/281-1475
Facsimile:   515/281-1474
swandro@2501grand.com
barato@2501grand.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause on December 18, 2019 via email.

*/s/ Ben Arato*