IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ADAM OLSON and JENNIFER OLSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LIBERTY, DIANE VENENGA, individually, CHRISTOPHER SHINE, individually, and TYSON LANDSGARD, individually,<br><br>    Defendants. | No. 3:18-cv-00102<br><br><br>DEFENDANTS' MOTION IN LIMINE |

Defendants, for their Motion in Limine, move the Court for an Order directing Plaintiffs, Plaintiffs' attorney, and Plaintiffs' witnesses to refrain from directly or indirectly in the presence of any juror making any reference to the following matters during jury selection, opening statement, or questioning of any witness until the Court rules on the admissibility thereof outside the presence of the jury:

1. Medical records and bills absent foundation.

2. Hearsay statements attributed to Plaintiff's medical providers.

3. Insurance coverage.

4. Expert witness testimony.

5. Testimony from undisclosed witnesses.

6. Preconditioning the jury with dollar amounts during *vior dire*.

7. Language or statements suggesting Defendants are wealthy or powerful.

8.   Statements that Defendants should be punished or "golden rule" type arguments.

Defendants submit a Brief in Support of Motion in Limine which they incorporate by reference thereto.

PICKENS, BARNES & ABERNATHY

By   /s/ Terry J. Abernathy
   Terry J. Abernathy AT0000380
   Bradley J. Kaspar AT0012308
   1800 First Ave. NE, Suite 200
   P.O. Box 74170
   Cedar Rapids, IA  52407-4170
   PH:  (319) 366-7621
   FAX: (319) 366-3158
   E-MAIL: tabernathy@pbalawfirm.com
         bkaspar@pbalawfirm.com

ATTORNEYS FOR DEFENDANTS

Copy to:

Steven Wandro
Ben Arato
WANDRO AND ASSOCIATES, P.C.
2501 Grand Avenue B
Des Moines, IA 50312

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served on the 23rd day of December, 2019, upon all parties in the above cause by serving the attorneys of record at their respective addresses disclosed on the pleadings.  Service was made by:

☐ U.S. Mail            ☐ Facsimile
☐ Hand-Delivery        ☒ Other-CM/ECF
☐ Overnight Carrier

   /s/ Stephanie Hinz